IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CT-3128-H

| | | |
|---|---|---|
| TIMOTHY G. NORMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ELEXIA CRAIG, et al., | ) | |
| Defendants. | ) | |

Plaintiff Timothy G. Norman, a state inmate, originally filed an action pursuant to 18 U.S.C. § 1983. Pursuant to an order on January 5, 2009, the defendants' motion for summary judgment was granted, all pending motions were denied, and the case was closed. Plaintiff filed an appeal with the Fourth Circuit Court of Appeals, who affirmed the decision of this court on May 11, 2009.

Presently before this court is a motion (DE #89) filed by plaintiff on June 22, 2010, requesting that this court advise him on how to file a federal criminal charge against North Carolina Department of Correction Officials. Plaintiff is advised that neither this court, nor its employees, can provide him with legal advice. Accordingly, this motion is DENIED.

This 28th day of September 2010.

/s/ Malcolm J. Howard
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
HBB

2